# FINANCIAL DISCLOSURE REPORT

**Rev. 1/2004**

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Trager, David G | 2. Court or Organization  Eastern District of New York | 3. Date of Report  5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active: U.S. District Judge | 5. ReportType (check appropriate type)  ◯ Nomination. Date  ◯ Initial  ● Annual  ◯ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  225 Cadman Plaza East  Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Brooklyn Law School |
| 2. | Trustee | Brooklyn Hospital Center |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 JUN -1 A 11: 30 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE    - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Self-Employed, Consultant | 0.00 |
| 2. | 2003 | NYS & Local Employees Retirement System | 0.00 |
| 3. | 2003 | TIAA-CREF (Teaches Insurance Annuity Associatioin/College RetirementEquity Fund) - Pension- Brooklyn Law School; supplemental retirement annuity | 38,634.64 |
| 4. | 2003 | Brooklyn Law School - Adjunct Professor | 23,205.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE    - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Brooklyn Law School | Reimb. of travel, food & lodging expenses to participate in mid-winter meeting of Federal Bar Council, Feb. 14-21, Maui, Hawaii |
| 2. | University of Tel Aviv Law School | Partial Reimb. of travel & lodging expenses to co-teach a comparative constitutional law course, March 19-April 3 |
| 3. | New York Council of Defense Lawyers | Reimb. of food & lodging expenses to attend Fall Bench and Bar Retreat, Oct 17-18, Rye Brook, N.Y. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TIAA/CREF | Loan | K |
| 2. | MBNA | Credit Card | K |
| 3. | Benjain J. Golub | Loan | K |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Pension Funds-TIAA/CREF - Retirement Annuity | E | Dividend | O | T | | | | | |
| 2. Salomon Smith Barney IRA & Keogh -Cash Equivalent | A | Interest | J | T | | | | | |
| 3. Yeshiva University Retirement Income Plan (Prudential) | | Dividend | K | T | | | | | |
| 4. U.S. Savings Bonds Series EE (face value) | A | Interest | K | T | | | | | |
| 5. Salomon Smith Barney - Cash Equivalent | A | Interest | L | T | | | | | |
| 6. Salomon Smith Barney - Mutual Funds *See note 3, Sec. VIII | A | Dividend | J | T | | | | | |
| 7. Salomon Smith Barney Roth IRA-Cash Equivalent | A | Dividend | J | T | | | | | |
| 8. Thrift Savings Plan | A | Dividend | K | T | Enroll | 1/2 | K | | |
| 9. Republic National Bank Liquid Investment Accounts | A | Interest | J | T | | | | | |
| 10. Listed Securities (all common shares): | | | | | | | | | |
| 11. Wyeth (formerly American Home Products) | A | Dividend | J | T | | | | | |
| 12. Amerian International Group | A | Dividend | K | T | Buy | 3/3 | J | | |
| 13. Apple Computer, Inc. | A | Dividend | J | T | Sell | 12/22 | J | A | |
| 14. AT&T Wireless Services Inc. (formerly AT&T) | | None | J | T | Partial Sale | 12/19 | J | A | |
| 15. Avaya, Inc. (Spinoff from Lucent) | | None | J | T | | | | | |
| 16. Avery Dennison Corp. | A | Dividend | J | T | | | | | |
| 17. Bank of America (Formerly Nationsbank) | A | Dividend | J | T | | | | | |
| 18. Bank of New York | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Bell South | A | Dividend | J | T | | | | | |
| 20. JP Morgan Chase (formerly Chase Manhattan) | A | Dividend | J | T | | | | | |
| 21. Electric Data System | A | Dividend | J | T | Partial Sell | 12/22 | J | A | |
| 22. Ford Motor | A | Dividend | J | T | Sell | 11/11 | J | A | |
| 23. H. J. Heinz | A | Dividend | J | T | Partial Sale | 11/18 | J | A | |
| 24. Hershey Foods Corp. | A | Dividend | J | T | Sell | 11/18 | J | C | |
| 25. Hewlett Packard | A | Dividend | J | T | Sell | 11/11 | J | A | |
| 26. Intel Corp. | | None | J | T | Sell | 12/19 | J | A | |
| 27. International Paper Co. | A | Dividend | J | T | | | | | |
| 28. Ishares TR S&P 500 Imdx | A | Dividend | J | T | | | | | |
| 29. KeyCorp (formerly Society Corp.) | A | Dividend | J | T | | | | | |
| 30. Keyspan (formerly Brooklyn Union Gas) | A | Dividend | J | T | | | | | |
| 31. Lucent Technologies | A | Dividend | J | T | Sell | 12/19 | J | A | |
| 32. Merck | A | Dividend | K | T | Partial Sale | 11/18 | J | A | |
| 33. Microsoft | A | Dividend | J | T | Partial Sale | 11/21 | J | A | |
| 34. Motorola | A | Dividend | J | T | Partial Sale | 11/11 | J | A | |
| 35. Pepsio | A | Dividend | J | T | | | | | |
| 36. Pitney Bowes | A | Dividend | J | T | Sale | 11/11 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

# VII INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Proctor & Gamble | A | Dividend | K | T | Sale | 11/11 | J | A | |
| 38. Qwest Communiations Int'l (Formerly US West-New) | | None | J | T | | | | | |
| 39. SBC Communications (formerly Pacific Telesis) | A | Dividend | J | T | | | | | |
| 40. Schick Technologies | | None | J | T | Partial Sale | 8/18 | J | A | |
| 41. Verizon (Formerly Bell Atlantic) | A | Dividend | J | T | Buy | 12/3 | J | | |
| 42. Visteon Corp. (Spinoff from Ford) | A | Dividend | J | T | | | | | |
| 43. Xcel Energy Inc. (Formerly Northern State Power) | A | Dividend | J | T | Sale | 12/19 | J | A | |
| 44. Lincoln National Corp. | A | Dividend | J | T | | | | | |
| 45. Nasdaq | A | Dividend | J | T | | | | | |
| 46. Smith Barney S&P 500 | A | Dividend | J | T | | | | | |
| 47. Amazon | | None | J | T | Sell | 11/11 | J | C | |
| 48. NCR Corp. | | None | J | T | | | | | |
| 49. Schering Plough Corp. | A | Dividend | J | T | | | | | |
| 50. Smuker JM Co. | A | Dividend | J | T | | | | | |
| 51. Del Monte Foods | | None | J | T | | | | | |
| 52. General Electric | A | Dividend | J | T | Sale | 11/18 | J | | |
| 53. Sun Microsystem Inc. | | None | J | T | | | | | |
| 54. AT&T Corp. | A | Dividend | J | T | Buy | 3/12 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = SMore than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Trager, David G | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Citigroup | A | Dividend | J | T | Buy | 3/12 | J | | |
| 56. Pfizer | A | Dividend | J | T | | | | | |
| 57. Agere (Spinoff from Lucent) | | None | J | T | | | | | |
| 58. Medco Health Solutions (spinoff from Merck) | | None | J | T | Spinoff | 8/25 | J | | |
| 59. Imaginistics Int'l (spinoff from Pitney Bowes) | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. My ██████ and I jointly own shares in a cooperative corporation in which we reside.

2. My adult ██ owns a cooperative apartment in which he resides. I am registered co-owner with right of survivorship, but have no equitable interest in the apartment.

3. Section VII, Line 6:  The name of the mutual fund is "SB Concert Allocation Series Inc. High Growth Portfolio CL B."

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Trager, David G | | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date___5/11/2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544